UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JESSICA KARIM, *on behalf of herself and all others similarly situated*,

                                    Plaintiff,

                    v.

THE TEA SPOT, PBC,

                                    Defendant.

---

24-CV-7462 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On October 4, 2024, the Court ordered the parties to meet and confer regarding settlement within 30 days of service of the summons and complaint, and within 15 additional days, to submit a joint letter requesting either (1) referral to mediation or a magistrate judge, or (2) an initial status conference. Although Defendant was served on October 28, 2024, the parties have yet to file their joint letter. Accordingly, it is hereby ORDERED that the parties shall submit their joint letter no later than January 16, 2025. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:        January 6, 2025
              New York, New York

Ronnie Abrams
United States District Judge