UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JESSICA KARIM, *on behalf of herself and all others similarly situated*,<br><br>                      Plaintiff,<br><br>                v.<br><br>THE TEA SPOT, PBC,<br><br>                      Defendant. | No. 24-CV-7462 (RA)<br><br>ORDER OF REFERENCE |

RONNIE ABRAMS, United States District Judge:

This action is referred to Magistrate Judge Wang for the following purpose:

| | | | |
|---|---|---|---|
| | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| | Specific Non-Dispositive Motion/Dispute: | | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)<br>Purpose: |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: | | Habeas Corpus |
| X | Settlement | | Social Security |
| | Inquest After Default/Damages Hearing | | Dispositive Motion (i.e., motion requiring a Report and Recommendation)<br>Particular Motion: |

SO ORDERED.

Dated:     January 17, 2025
             New York, New York

                                                                           _____
                                                                        Ronnie Abrams
                                                                        United States District Judge