**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

JESSICA KARIM, *on behalf of herself and all*    :
*others similarly situated,*    :

     :      24-CV-7462 (RA)

        Plaintiff,    :

     :      **ORDER**

     -against-    :

     :

THE TEA SPOT, PBC,    :

     :

        Defendant.    :

-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court will hold a **Pre-Settlement Conference Call on Monday, February 10, 2025, at 2:00 p.m.** Please call Chambers at (212) 805-0260 when all counsel are on the same line. The parties should be prepared to discuss the applicability of *Mejia v. High Brew Coffee, Inc.*, 22-CV-3667, 2024 WL 4350912 (S.D.N.Y. Sept. 30, 2024) and *Sookul v. Fresh Clean Threads, Inc.*, 23-CV-10164, 2024 WL 4499206 (S.D.N.Y. Oct. 16, 2024).

**SO ORDERED.**

                        _____*s/ Ona T. Wang*_____

Dated: January 24, 2025             **Ona T. Wang**
      New York, New York          United States Magistrate Judge